| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br><br>ADRIAN CASARES<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION**<br>**DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 1/15/2023       Adrian Casares                    */s/ Adrian Casares*
                      Printed name of Debtor 1          Signature of Debtor 1


**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____  _____          _____
                       Printed name of Debtor 2          Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

Griffith Company
3050 E. Birch Street
Brea, CA 92821

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 113022 |
|---|---|---|---|---|---|---|
| 12950 | ADRIAN J. CASARES | ▮ | S | 0 | Deposit Date: | 11/30/22 |
| | 9 EARLYWOOD | | | | Pay Period: | 11/21/22 - 11/27/22 |
| | LADERA RANCH, CA 92694 | | | | Pay Frequency: | Weekly |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | This Pay Period | | | Year To Date | | This Pay Period | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| Regular | 49.00000 | 24.00 | 1,176.00 | 79,177.54 | Federal Withholding | 252.18 | 24,102.73 |
| Over Time | 73.50000 | 3.00 | 220.50 | 24,892.47 | Social Security-EE | 98.82 | 7,798.28 |
| Double Time | | | 0.00 | 2,429.70 | Medicare-EE | 23.11 | 1,823.82 |
| Vacation/Supp Dues | 7.31000 | | 197.39 | 14,713.02 | CA SDI | 17.53 | 1,383.56 |
| DT-Work Through Lu | | | 0.00 | 49.00 | Vacation/Supplement Dues | 197.39 | 14,713.02 |
| COVID-19 Variable F | | | 0.00 | 4,516.80 | Tax Levy 4 | 300.56 | 14,217.36 |

**Important Messages:**

| This Pay Period | | | | Year To Date | | |
|---|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| 1,593.89 | 889.59 | 704.30 | | 125,778.53 | 64,038.77 | 61,739.76 |

SFS012950

| Date | Ref No. | Amount |
|---|---|---|
| 11/30/22 | 113022 | 704.30 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *********1627 | *********6384 | C | 704.30 |
| | | **Total Current Net:** | **704.30** |

**ADRIAN J. CASARES**
**9 EARLYWOOD**
**LADERA RANCH, CA  92694**

| 12950 ADRIAN J. CASARES<br>9 EARLYWOOD<br>LADERA RANCH, CA 92694 | Reference #: 120722<br>Check Date: 12/07/22<br>Pay Period: 11/28/22 - 12/04/22<br>Pay Frequency: Weekly | Fed Status/ Deducts: S 0<br>Fed Addon / Override: 0.00<br>State Status/ Deducts: S 0<br>State Addon / Override: 0.00  Exempt |
|---|---|---|

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | THIS PAY PERIOD | | | YEAR-TO-DATE | THIS PAY PERIOD | | YEAR-TO-DATE |
| DESCRIPTION | RATE | HRS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| Regular | 49.0000 | 24.00 | 1,176.00 | 80,353.54 | Federal Withholding | 566.12 | 24,668.85 |
| Over Time | 73.5000 | 3.00 | 220.50 | 25,337.97 | Social Security-EE | 180.66 | 7,978.94 |
| Over Time | 75.0000 | 3.00 | 225.00 | 0.00 | Medicare-EE | 42.25 | 1,866.07 |
| Double Time | 100.0000 | 10.00 | 1,000.00 | 3,429.70 | CA SDI | 32.06 | 1,415.62 |
| Vacation/Supp Dues | 7.3100 | | 292.40 | 15,005.42 | Vacation/Supplement Dues | 292.40 | 15,005.42 |
| DT-Work Through Lun | | | 0.00 | 49.00 | Tax Levy 4 | 523.20 | 14,740.56 |
| COVID-19 Variable PS | | | 0.00 | 4,516.80 | | | |

*I understand that I am entitled to a 10 minute rest period for each four hours of work or major fraction thereof and that I am entitled to a duty free 30 minute meal period whenever I work more than five hours in a work day or pursuant to the provisions set forth in my collective bargaining agreement, if any. I have been instructed to correct any error in my time record and I acknowledge that the time and hours recorded on this time record accurately and fully reflect all time that I have worked during this pay period, and that I have received all breaks to which I was entitled.*

*Entiendo que tengo derecho a un periodo de descanso de 10 minutos por cada cuatro horas de trabajo o fracción mayor y que tengo derecho a un periodo de comida libre de trabajo de 30 minutos cuando trabajo más de cinco horas en un día de trabajo o en virtud de las disposiciones establecidas en mi convenio colectivo, si alguno. He sido instruido a corregir cualquier error en mi registro de tiempo y reconozco que el tiempo y horas grabadas en el talon de cheque reflejan con precisión plenamente todo el tiempo que he trabajado durante este periodo de pago, y que he recibido todos los descansos a los cuales tengo derecho.*

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 12/04/22 | 2,913.90 | 1,636.69 | 1,277.21 | 128,692.43 | 65,675.46 | 63,016.97 |



**GRIFFITH COMPANY**
3050 E. Birch Street
Brea, Ca 92821
(714) 984-5500

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXX1627 | XXXXX6384 | C | 1,277.21 |
| | | Total Current Net: | 1,277.21 |

TO THE ORDER OF
ADRIAN J. CASARES
9 EARLYWOOD
LADERA RANCH, CA 92694

SFS111

**CHECK DATE**
**12/07/22**


Marion Hans

| | Reference #: | 121422 | Fed Status/ Deducts: | S | 0 |
|---|---|---|---|---|---|
| 12950  ADRIAN J.  CASARES | Check Date: | 12/14/22 | Fed Addon / Override: | 0.00 | |
| 9 EARLYWOOD | Pay Period: | 12/05/22 - 12/11/22 | State Status/ Deducts: | S | 0 |
| LADERA RANCH, CA  92694 | Pay Frequency: | Weekly | State Addon / Override: | 0.00 | Exempt |

### EARNINGS

| | | THIS PAY PERIOD | | YEAR-TO-DATE |
|---|---|---|---|---|
| DESCRIPTION | RATE | HRS/UNITS | AMOUNT | AMOUNT |
| Regular | 49.0000 | 40.00 | 1,960.00 | 82,313.54 |
| Over Time | 73.5000 | 6.00 | 441.00 | 25,778.97 |
| Double Time | | | 0.00 | 3,429.70 |
| Vacation/Supp Dues | 7.3100 | | 336.26 | 15,341.68 |
| DT-Work Through Lun | | | 0.00 | 49.00 |
| COVID-19 Variable PS | | | 0.00 | 4,516.80 |

### DEDUCTIONS

| | THIS PAY PERIOD | YEAR-TO-DATE |
|---|---|---|
| DESCRIPTION | AMOUNT | AMOUNT |
| Federal Withholding | 523.73 | 25,192.58 |
| Social Security-EE | 169.71 | 8,148.65 |
| Medicare-EE | 39.69 | 1,905.76 |
| CA SDI | 30.11 | 1,445.73 |
| Vacation/Supplement Dues | 336.26 | 15,341.68 |
| Tax Levy 4 | 493.51 | 15,234.07 |

*I understand that I am entitled to a 10 minute rest period for each four hours of work or major fraction thereof and that I am entitled to a duty free 30 minute meal period whenever I work more than five hours in a work day or pursuant to the provisions set forth in my collective bargaining agreement, if any.  I have been instructed to correct any error in my time record and I acknowledge that the time and hours recorded on this time record accurately and fully reflect all time that I have worked during this pay period, and that I have received all breaks to which I was entitled.*

*Entiendo que tengo derecho a un período de descanso de 10 minutos por cada cuatro horas de trabajo o fracción mayor y que tengo derecho a un periodo de comida libre de trabajo de 30 minutos cuando trabajo más de cinco horas en un día de trabajo o en virtud de las disposiciones establecidas en mi convenio colectivo, si alguno. He sido instruido a corregir cualquier error en mi registro de tiempo y reconozco que el tiempo y horas grabadas en el talon de cheque reflejan con precisión plenamente todo el tiempo que he trabajado durante este período de pago, y que he recibido todos los descansos a los cuales tengo derecho.*

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 12/11/22 | 2,737.26 | 1,593.01 | 1,144.25 | 131,429.69 | 67,268.47 | 64,161.22 |

**GRIFFITH COMPANY**
SINCE 1902
3050 E. Birch Street
Brea, Ca 92821
(714) 984-5500

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXX1627 | XXXXX6384 | C | 1,144.25 |
| | | **Total Current Net:** | **1,144.25** |

**TO THE ORDER OF**
ADRIAN J. CASARES
9 EARLYWOOD
LADERA RANCH, CA  92694

SFS111

**CHECK DATE**
**12/14/22**

| 12950 ADRIAN J. CASARES |
| 9 EARLYWOOD |
| LADERA RANCH, CA 92694 |

| Reference #: | 122122 |
| Check Date: | 12/21/22 |
| Pay Period: | 12/12/22 - 12/18/22 |
| Pay Frequency: | Weekly |

| | |
|---|---|
| Fed Status/ Deducts: | S  0 |
| Fed Addon / Override: | 0.00 |
| State Status/ Deducts: | S  0 |
| State Addon / Override: | 0.00  Exempt |

### EARNINGS

| DESCRIPTION | RATE | HRS/UNITS | AMOUNT (This Pay Period) | AMOUNT (Year-to-Date) |
|---|---|---|---|---|
| Regular | 49.0000 | 40.00 | 1,960.00 | 84,273.54 |
| Over Time | 73.5000 | 13.50 | 992.25 | 26,771.22 |
| Double Time | | | 0.00 | 3,429.70 |
| Vacation/Supp Dues | 7.3100 | | 391.09 | 15,732.77 |
| DT-Work Through Lun | | | 0.00 | 49.00 |
| COVID-19 Variable PS | | | 0.00 | 4,516.80 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT (This Pay Period) | AMOUNT (Year-to-Date) |
|---|---|---|
| Federal Withholding | 676.85 | 25,869.43 |
| Social Security-EE | 207.29 | 8,355.94 |
| Medicare-EE | 48.48 | 1,954.24 |
| CA SDI | 36.77 | 1,482.50 |
| Vacation/Supplement Dues | 391.09 | 15,732.77 |
| Tax Levy 4 | 593.49 | 15,827.56 |

*I understand that I am entitled to a 10 minute rest period for each four hours of work or major fraction thereof and that I am entitled to a duty free 30 minute meal period whenever I work more than five hours in a work day or pursuant to the provisions set forth in my collective bargaining agreement, if any. I have been instructed to correct any error in my time record and I acknowledge that the time and hours recorded on this time record accurately and fully reflect all time that I have worked during this pay period, and that I have received all breaks to which I was entitled.*

*Entiendo que tengo derecho a un período de descanso de 10 minutos por cada cuatro horas de trabajo o fracción mayor y que tengo derecho a un periodo de comida libre de trabajo de 30 minutos cuando trabajo más de cinco horas en un día de trabajo o en virtud de las disposiciones establecidas en mi convenio colectivo, si alguno. He sido instruido a corregir cualquier error en mi registro de tiempo y reconozco que el tiempo y horas grabadas en el talon de cheque reflejan con precisión plenamente todo el tiempo que he trabajado durante este período de pago, y que he recibido todos los descansos a los cuales tengo derecho.*

### THIS PAY PERIOD

| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 12/18/22 | 3,343.34 | 1,953.97 | 1,389.37 |

### YEAR TO DATE

| EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|
| 134,773.03 | 69,222.44 | 65,550.59 |



**GRIFFITH COMPANY**
3050 E. Birch Street
Brea, Ca 92821
(714) 984-5500

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXX1627 | XXXXX6384 | C | 1,389.37 |
| | | Total Current Net: | 1,389.37 |

TO THE ORDER OF

ADRIAN J. CASARES
9 EARLYWOOD
LADERA RANCH, CA 92694

SFS111

**CHECK DATE**
12/21/22

| 12950 ADRIAN J. CASARES<br>9 EARLYWOOD<br>LADERA RANCH, CA 92694 | Reference #: 122822<br>Check Date: 12/28/22<br>Pay Period: 12/19/22 - 12/25/22<br>Pay Frequency: Weekly | Fed Status/ Deducts: S 0<br>Fed Addon / Override: 0.00<br>State Status/ Deducts: S 0<br>State Addon / Override: 0.00 Exempt |
|---|---|---|

### EARNINGS

| DESCRIPTION | RATE | HRS/UNITS | THIS PAY PERIOD AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|
| Regular | 49.0000 | 40.00 | 1,960.00 | 86,233.54 |
| Over Time | 73.5000 | 11.00 | 808.50 | 27,579.72 |
| Double Time | | | 0.00 | 3,429.70 |
| Vacation/Supp Dues | 7.3100 | | 372.82 | 16,105.59 |
| DT-Work Through Lun | | | 0.00 | 49.00 |
| COVID-19 Variable PS | | | 0.00 | 4,516.80 |

### DEDUCTIONS

| DESCRIPTION | THIS PAY PERIOD AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| Federal Withholding | 620.71 | 26,490.14 |
| Social Security-EE | 194.76 | 8,550.70 |
| Medicare-EE | 45.55 | 1,999.79 |
| CA SDI | 34.56 | 1,517.06 |
| Vacation/Supplement Dues | 372.82 | 16,105.59 |
| Tax Levy 4 | 561.44 | 16,389.00 |

*I understand that I am entitled to a 10 minute rest period for each four hours of work or major fraction thereof and that I am entitled to a duty free 30 minute meal period whenever I work more than five hours in a work day or pursuant to the provisions set forth in my collective bargaining agreement, if any. I have been instructed to correct any error in my time record and I acknowledge that the time and hours recorded on this time record accurately and fully reflect all time that I have worked during this pay period, and that I have received all breaks to which I was entitled.*

*Entiendo que tengo derecho a un periodo de descanso de 10 minutos por cada cuatro horas de trabajo o fracción mayor y que tengo derecho a un periodo de comida libre de trabajo de 30 minutos cuando trabajo más de cinco horas en un día de trabajo o en virtud de las disposiciones establecidas en mi convenio colectivo, si alguno. He sido instruido a corregir cualquier error en mi registro de tiempo y reconozco que el tiempo y horas grabadas en el talon de cheque reflejan con precisión plenamente todo el tiempo que he trabajado durante este periodo de pago, y que he recibido todos los descansos a los cuales tengo derecho.*

### THIS PAY PERIOD

| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 12/25/22 | 3,141.32 | 1,829.84 | 1,311.48 |

### YEAR TO DATE

| EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|
| 137,914.35 | 71,052.28 | 66,862.07 |



**GRIFFITH COMPANY**
SINCE 1902
3050 E. Birch Street
Brea, Ca 92821
(714) 984-5500

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXX1627 | XXXXX6384 | C | 1,311.48 |
| | | Total Current Net: | 1,311.48 |

**TO THE ORDER OF**
ADRIAN J. CASARES
9 EARLYWOOD
LADERA RANCH, CA 92694

SFS111

**CHECK DATE**
12/28/22

| 12950 ADRIAN J. CASARES<br>9 EARLYWOOD<br>LADERA RANCH, CA 92694 | Reference #: 011123<br>Check Date: 1/11/23<br>Pay Period: 01/02/23 - 01/08/23<br>Pay Frequency: Weekly | Fed Status/ Deducts: S 0<br>Fed Addon / Override: 0.00<br>State Status/ Deducts: S 0<br>State Addon / Override: 0.00 Exempt |
|---|---|---|

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| THIS PAY PERIOD | | | YEAR-TO-DATE | | THIS PAY PERIOD | | YEAR-TO-DATE |
| DESCRIPTION | RATE | HRS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| Regular | 49.0000 | 16.00 | 784.00 | 784.00 | Federal Withholding | 296.36 | 296.36 |
| Over Time | 73.5000 | 11.00 | 808.50 | 808.50 | Social Security-EE | 110.97 | 110.97 |
| Vacation/Supp Dues | 7.3100 | | 197.37 | 197.37 | Medicare-EE | 25.95 | 25.95 |
| | | | | | CA SDI | 16.11 | 16.11 |
| | | | | | Vacation/Supplement Dues | 197.37 | 197.37 |
| | | | | | Tax Levy 4 | 335.12 | 335.12 |

*I understand that I am entitled to a 10 minute rest period for each four hours of work or major fraction thereof and that I am entitled to a duty free 30 minute meal period whenever I work more than five hours in a work day or pursuant to the provisions set forth in my collective bargaining agreement, if any. I have been instructed to correct any error in my time record and I acknowledge that the time and hours recorded on this time record accurately and fully reflect all time that I have worked during this pay period, and that I have received all breaks to which I was entitled.*

*Entiendo que tengo derecho a un período de descanso de 10 minutos por cada cuatro horas de trabajo o fracción mayor y que tengo derecho a un período de comida libre de trabajo de 30 minutos cuando trabajo más de cinco horas en un día de trabajo o en virtud de las disposiciones establecidas en mi convenio colectivo, si alguno. He sido instruido a corregir cualquier error en mi registro de tiempo y reconozco que el tiempo y horas grabadas en el talon de cheque reflejan con precisión plenamente todo el tiempo que he trabajado durante este período de pago, y que he recibido todos los descansos a los cuales tengo derecho.*

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 1/08/23 | 1,789.87 | 981.88 | 807.99 | 1,789.87 | 981.88 | 807.99 |



**GRIFFITH COMPANY**
3050 E. Birch Street
Brea, Ca 92821
(714) 984-5500

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXX1627 | XXXXX6384 | C | 807.99 |
| | | **Total Current Net:** | **807.99** |

**TO THE ORDER OF** ADRIAN J. CASARES
9 EARLYWOOD
LADERA RANCH, CA 92694

SFS111

**CHECK DATE**
1/11/23