Certificate Number: 14912-CAC-DE-037258939

Bankruptcy Case Number: 23-10167



14912-CAC-DE-037258939

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2023, at 12:51 o'clock AM EDT, Adrian Casares completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   March 14, 2023           By:   /s/Jai Bhatt

                                 Name: Jai Bhatt

                                 Title: Counselor