JEFFREY I. GOLDEN, TRUSTEE
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re: | Case No.: 23-10167-TA |
| ADRIAN CASARES | Chapter 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor. | |

COUNSEL:  BENJAMIN HESTON
TO THE ABOVE NAMED DEBTOR

     You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **March 30, 2023 at 9:00 AM**, for the reason(s) set forth below:

     **You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, your case may be dismissed by the United States Bankruptcy Court.**

     **\*\*NOTE – THIS MEETING WILL TAKE PLACE REMOTELY.  IF YOU NEED INSTRUCTIONS ON HOW TO APPEAR TELEPHONICALLY OR VIA ZOOM VIDEO CONFERENCE PLEASE VISIT THE TRUSTEE'S WEBSITE AT https://pages.trusteesolutions.com/trusteegolden**

Dated:   March 16, 2023

     /s/ Jeffrey I Golden
     JEFFREY I. GOLDEN
     Chapter 7 Trustee

     I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on March 16, 2023.

     /s/ Lori Werner
     Lori Werner